# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER: 7** |
| **Veronica Edwards** | ) | |
| | ) | **CASE NO: 13 B 19900** |
| | ) | |
| | ) | **JUDGE: Timothy A. Barnes** |
| **Debtor(s).** | ) | |

## NOTICE OF MOTION

**TO**:   Veronica Edwards, 919 S. Monitor Ave, Apt 2 Chicago, IL 60644

Trustee, Karen R. Goodman, 444 North Michigan Avenue, Suite 2500, Chicago, IL 60611 – Notified by electronic filing through ecf

All Creditors (See Attached Service List)

Please take notice that on the **25th day of September, 2013 at 10:00 a.m.**, or soon thereafter as counsel may be heard, I shall appear before the honorable, **Timothy A. Barnes** in the in courtroom **613, at 219 South Dearborn Street, Chicago, Illinois**, or before such other Judge in Bankruptcy as may be presiding in her place and stead.

I shall them and there present the **A MOTION TO REOPEN FOR THE PURPOSE OF FILING A CERTIFICATE OF DEBTOR EDUCATION,** a copy of which is hereto attached, and move for the relief therein prayed, and at which time and place you may appear if you so see fit.

> **ZALUTSKY & PINSKI, LTD.**
> Attorneys for Debtor(s)
> 20 North Clark St., Suite 600
> Chicago, Illinois 60602
> **Telephone:** (312) 782-9792
> IZ-ID#: 3101428; TT-ID#: 6273191

## PROOF OF SERVICE

**STATE OF ILLINOIS** )
**COUNTY OF C O O K** )

**THOMAS P. TWOMEY,** being duly sworn on oath deposed says that she served the above and foregoing notice upon the named respondents, by placing a true copy thereof and of petition in envelopes addressed to them at the shown, with postage prepaid, and placing the same in the U.S. Mail at 20 North Clark Chicago, Illinois this **17TH** day of **September**, **2013**

                                                                                     /s/ Thomas P. Twomey
Subscribed and Sworn to                       One of Debtor(s) Attorney(s)
before me this **17th** day of
**September**, **2013**


  **Hazel Juarez**
  **Notary Public**

# VERONICA EDWARDS
## SERVICE LIST
**13-19900**

| | | |
|---|---|---|
| Access Credit Union<br>c/o Keynote Consulting<br>220 W Campus Dr Ste 102<br>Arlington Heights, IL 60004 | Accounts Receivable Management<br>c/o Capital Aquisition<br>P.O. Box 129<br>Thorofare, NJ 08086-0129 | Advance Me Today<br>PO Box 1823<br>Pauls Avenue<br>Kingstown St Vincent, |
| Ais Services<br>c/o Creditwatch<br>P.O. Box 156269<br>Fort Worth, TX 76155-1269 | America's Best<br>P.O. Box 1259<br>Oaks, PA 19456 | AT&T<br>c/o Afni<br>1310 Martin Luther Kg Dr., POB 3517<br>Bloomington, IL 61702 |
| Bank of America<br>6000 Feldwood Road<br>Atlanta, GA 30349 | Check Into Cash<br>1637 S. Cicero<br>Cicero, IL 60650 | Check N Go<br>2317 South Cicero<br>Cicero, IL 60804 |
| City of Chicago<br>Department of Finance<br>P.O. Box 88292<br>Chicago, IL 60680 | CMRE Financial Serv. Inc<br>3075 Imperial Hwy #200<br>Brea, CA 92821-6753 | Com Ed<br>Bankruptcy Section/Revenue Man.<br>2100 Swift Drive<br>Oak Brook, IL 60523 |
| Comcast<br>1255 W. North Avenue<br>Chicago, IL 60622 | Comcast-Chicago<br>c/o Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007 | Enhances Recovery Co. LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256 |
| EPMG of Illinois, S.C.<br>P.O. Box 95968<br>Oklahoma City, OK 73143-5968 | First Premier Bank<br>P.O. Box 5519<br>Sioux Falls, SD 57117 | Frontline Asset Strategies<br>1935 West County Road<br>Suite 425<br>Saint Paul, MN 55113 |
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | Hsbc/tax<br>90 Christiana Road<br>New Castle, DE 19720 | Keynote Consulting<br>220 W. Campus Dr.<br>Suite 102<br>Arlington Heights, IL 60004 |
| Law Office of Paul D. Lawent<br>PO Box 5718<br>Elgin, IL 60121 | Mci<br>Cas Dept<br>500 Technology Dr<br>Weldon springs, MO 63304 | Medical Recovery Specialist, Inc<br>2250 E Devon Avenue<br>Suite 352<br>Des Plaines, IL 60018 |
| Monterey Financial Svc<br>Po Box 5199<br>Oceanside, CA 92052 | Nathalie D. McCammon Chase<br>779 Oakmont Lane, Suite 1600<br>Westmont, IL 60559 | People's Energy/ Gas<br>Bankruptcy Deparment<br>Chicago, IL 60687-0001 |

Plains Commerce
Po Box 89937
Sioux Falls, SD 57109

Sallie Mae Corp Sky/SunTrust
P O Box 5718
Elgin, IL 60121

Sunrise Credit Services, Inc
Po Box 9100
Farmingdale, NY 11735

Surety Fin
3414 W 79th
Chicago, IL 60652

Travelers
Glen Falls Bus Ctr Exchange
P.O. Box 6075
Glens Falls, NY 12801

U.S. Department of Education
PO Box 7860
Madison, WI 53707

United Cash Loans
3531 P Street NW
Miami, OK 74354

University of Illinois
8332 Innovation Way
Chicago, IL 60682

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403

Usdoe/glelsi
2401 International
Madison, WI 53704

Verizon Wireless
Verizon Wireless Dept/Attn: Bankru
Po Box 3397
Bloomington, IL 61702

Village of Oak Park
c/o MSO Parking
P.O. Box 10479
Newport Beach, CA 92658-0479

Village of Villa Park
75 Remittance Drive
Suite 6658
Chicago, IL 60675

Village Radiology, Ltd.
P.O. Box 470
Oak Park, IL 60303-0470

West Suburban Medical Center
C/O Illinois Collection Se
Po Box 1010
Tinley Park, IL 60477

White Hills Cash
5781 W Sunrise Blvd
Plantation, FL 33313

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| Veronica Edwards | ) NO. 13-19900 |
| | ) |
| | ) JUDGE: Timothy A. Barnes |
| | ) |
| Debtor. | ) DATE: September 25, 2013 |
| | ) TIME: 10:00 A.M. |

**MOTION TO REOPEN PROCEEDINGS FOR**
**THE PURPOSE OF FILING A CERTIFICATE OF DEBTOR EDUCATION**

NOW COMES **VERONICA EDWARDS**, Debtor herein, by ZALUTSKY & PINSKI, LTD., her attorneys, moving this Honorable Court to reopen the proceedings in order to file a Certificate of Debtor Education:

1. That the Debtor filed her Petition for relief pursuant to Chapter 7 of Title 11 U.S.C. May 10, 2013.

2. That the Debtor's case closed without a discharge on September 4, 2013.

3. That the Debtor has now completed her Debtor Education Course and has obtained a copy of the Certificate of Debtor Education. (Exhibit A)

4. That Debtor requests the case be reopened for the sole purpose of filing her Certificate of Debtor Education with the court.

**WHEREFORE**, Debtor prays that her case be reopened for the sole purpose of filing the Certificate of Debtor education and obtain a discharge.

/s/ Thomas P. Twomey
Thomas P. Twomey, Esq. ID #6273191
One of Debtor's Attorneys

ZALUTSKY & PINSKI, LTD.
Attorneys for Debtor
20 North Clark Street, Suite 600
Chicago, Illinois 60602
Telephone: (312) 782-9792
IZ-ID#:3101428; TT-ID#6273191